El Pueblo de Puerto Rico, demandante y apelado, *v.* Primitivo Acosta, acusado y apelante.

Núm. 8301.—*Sometido:* Julio 15, 1940. *Resuelto:* Julio 16, 1940.

El apelante compareció por su propio derecho; *R. A. Gómez,* Fiscal, y *Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR TRAVIESO emitió la opinión del tribunal.

El fiscal de la Corte de Distrito de Mayagüez formuló acusación contra Primitivo Acosta por un delito de hurto de mayor cuantía. El acusado alegó ser inocente y solicitó juicio por jurado. El día de la vista la corte nombró abogado para que lo representara. Tanto el fiscal como el acusado ofrecieron su evidencia. Instruído el jurado, trajo un veredicto declarándole culpable del delito que en la acusación se le imputaba, y la corte le impuso cinco años de presidio con trabajos forzados. Contra esa sentencia ha interpuesto el acusado el presente recurso de apelación que es claramente frívolo.

El alegato, escrito y suscrito por el propio acusado, no contiene una exposición de los errores en que se funda el acusado, como lo requieren las secciones 42 y 43 del reglamento de este tribunal. Se infiere de él vagamente, sin embargo, que el acusado encuentra la sentencia errónea, primero, porque a su juicio el veredicto es contrario a la prueba; segundo, porque según él la Corte Municipal de Mayagüez le había absuelto por los mismos hechos, y tercero, porque estuvo mal defendido por su abogado de oficio.

No existe una transcripción de la evidencia para comprobar la existencia de dichos errores, por lo que *el recurso debe ser desestimado y confirmada la sentencia recurrida.*

El Juez Asociado Sr. De Jesús no intervino.